IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| Melvin Rodriguez Padilla, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 7:11-00008-HMH |
| | ) | |
| vs. | ) | **OPINION & ORDER** |
| | ) | |
| Marcia S. Adams, in her official capacity as Executive Director of the South Carolina Department of Motor Vehicles and in her personal capacity, | ) ) ) ) ) | |
| Defendant. | ) | |

The Defendant is ordered to have its client representative, Annie L. Phelps, present for the hearing on March 1, 2011 at 3:00 p.m.

**IT IS SO ORDERED.**

s/Henry M. Herlong, Jr.
Senior United States District Judge

Greenville, South Carolina
February 18, 2011

2